UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

In re:

BRITTANY LYN SULT,

    Debtor.
_____/

THOMAS C. RICHARDSON, Chapter 7 Trustee,

    Plaintiff

v.

CHRISOPHER J. SULT,

    Defendant.
_____/

Bankruptcy Case No. 17-01854

Adversary Proceeding No. 17-80194

CASE No. 1:18-cv-673

HON. ROBERT J. JONKER

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (ECF No. 1-1) filed by the United States Bankruptcy Judge in this action regarding the Trustee's Application for Entry of Default Judgment against Defendant Christopher J. Sult. The Report and Recommendation was duly served on the parties, and no objections have been filed under FED. R. BANKR. P. 9033 and LCIVR 83.2(b).

**ACCORDINGLY, IT IS ORDERED:**

1. The Report and Recommendation of the Bankruptcy Judge, filed May 14, 2018, is **APPROVED AND ADOPTED** as the Opinion of this Court.

2. The transfer of the Real Estate made by the Debtor to the Defendant in the two years prior to the bankruptcy filing is **AVOIDED** as a constructively fraudulent transfer under 11 U.S.C. § 548.

3. The Trustee's Application for Entry of Default Judgment is **GRANTED** and judgment is entered in favor of the Plaintiff Trustee in the amount of $23,500.00, plus costs in the amount of $350.00, for the reasons stated in the Report and Recommendation.


Dated:     June 25, 2018              /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     CHIEF UNITED STATES DISTRICT JUDGE